# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENESSA AMANDA GAMBOA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No.  1:24-cv-01048-KES-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT; AND DIRECTING CLERK OF THE COURT TO ISSUE A SUMMONS AND NEW CASE DOCUMENTS<br><br>(ECF Nos. 2, 5, 7) |

Venessa Amanda Gamboa ("Plaintiff") filed this action challenging the final decision of the Commissioner of Social Security's decision to deny benefits on September 3, 2024.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  On September 5, 2024, an order issued finding that Plaintiff's application to proceed *in forma pauperis* did not demonstrate entitlement to proceed in this action without prepayment of fees.  (ECF No. 3.)  Plaintiff was ordered to either file a long form application to proceed without prepayment of fees or pay the filing fee within twenty-one days.  (Id.)  On September 17, 2024, Plaintiff filed a long form application.  (ECF No. 5.)  On September 20, 2024, the Court issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be

denied, and that she be required to pay the filing fee in this action. (ECF No. 7.) On September 27, 2024, Plaintiff paid the filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's applications to proceed without prepayment of fees, filed September 3, 2024, and September 17, 2024 (ECF Nos. 2, 5), are DENIED as moot;
2. The findings and recommendations filed September 20, 2024, (ECF No. 7), is VACATED;
3. The Clerk of the Court is DIRECTED to issue civil new case documents and a summons in this action; and
4. The Clerk of Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **September 30, 2024**

UNITED STATES MAGISTRATE JUDGE