# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA AMANDA GAMBOA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | Case No. 1:24-cv-01048-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

Before the Court is the parties' stipulation to extend the time in which Defendant, Commissioner of Social Security, may file a responsive brief in this matter. (ECF No. 17.) For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant shall have through February 26, 2025, to file a responsive brief. The scheduling order (ECF No. 10) otherwise remains in effect.

IT IS SO ORDERED.

Dated: **January 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge