# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENESSA AMANDA GAMBOA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01048-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 22) |

On May 5, 2025, the parties filed a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 22.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney fees in the amount of FIVE THOUSAND TWO HUNDRED AND 00/100 ($5,200.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED FIVE AND 00/100 ($405.00) under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:　**May 6, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge